D. Loofborow, *et al.*, v. George Shaffer, *et al.*

Action brought by *Loofborow* and another against *Shaffer* and another, on an injunction bond to recover $150, the fee paid their attorney for procuring a dissolution of the injunction, and $50 as other expenses in said action. At the February Term, 1881, of the Wilson district court, a general demurrer to the petition was sustained. The plaintiffs bring the case here.

*S. S. Kirkpatrick*, for plaintiffs in error.

*Per Curiam:* Judgment of the district court reversed, upon the authority of *Underhill v. Spencer*, 25 Kas. 71, and case remanded.